Tracey M.A. Stockton
St. Paul's Foundation
124 Pleasant Street
Marblehead, Massachusetts 01945
ts@stpaulsfoundation.org
617.800.3979
General Counsel, St. Paul's Foundation

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>*ex. rel.* St. Paul's Foundation, a Delaware non-stock, non-profit religious corporation,<br>Relator<br><br>v.<br><br>Timothy Wipperman, an individual,<br>Defendant | Case No.: 3:24-cv-00750<br><br>Aleta Trauger<br>District Judge<br><br>_____<br>Magistrate Judge<br><br>**AMENDED AND RESTATED COMPLAINT FOR VIOLATIONS OF FEDERAL FALSE CLAIMS ACT AND WIRE FRAUD ACT**<br><br>Qui Tam Action Filed In Camera Under Seal Pursuant to 31 U.S.C. § 3730(b)(2)<br><br>**JURY DEMAND**<br><br>**Do Not Place on PACER**<br>**Do Not Place in Pressbox** |

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, *ex rel.*, St. Paul's Foundation, a Delaware non-stock, non-profit religious corporation, Relator, makes the following disclosures:

**INSTRUCTIONS:** Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ____ and with a principal place of business in ____.

☑ This party is a privately held corporation, a religious non-stock, non-profit corporation, incorporated in Delaware, with a principal place of business in Marblehead, Massachusetts.

☐ This party has parent corporations

> If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

> If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: August 6, 2024     Signature: _____
                         Printed Name: Tracey M.A. Stockton
                         Title: General Counsel, St. Paul's Foundation

# CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing document has been served upon the following persons:

> Henry C. Leventis, Esq.
> United States Attorney
> Middle District of Tennessee
> 719 Church Street, Suite No.: 3300
> Nashville, Tennessee 37203
> Certified Mail, Return Receipt Requested
>
> Merrick Garland, Esq.
> United States Attorney General
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530
>
> Assistant Attorney General for Administration
> Justice Management Division
> 950 Pennsylvania Avenue, N.W., Suite No.: 1111
> Washington, D.C. 20530

by placing each of the same, via Certified Mail, Return Receipt Requested postage prepaid, in the United States Mail on this the 6th day of August, 2024.

Upon unsealing, a true and accurate copy of the foregoing document will be served upon the following person:

Timothy Wipperman
5353 Green Valley Court
Nashville, Tennessee 37220

by placing the same, via Certified Mail, Return Receipt Requested postage prepaid, in the United States Mail on as of the _____ day of _____, 20___.

_____
Tracey M. Stockton
General Counsel, St. Paul's Foundation