IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br> *ex rel.,* St. Paul's Foundation, <br><br> Plaintiff-Relator, <br><br> v. <br><br> TIMOTHY WIPPERMAN, <br><br> Defendant. | Civil Case No.: 3:24-cv-00750 <br> JUDGE TRAUGER <br><br> **UNDER SEAL** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the United States of America.

        Respectfully submitted,

        HENRY C. LEVENTIS
        United States Attorney

By:    s/ Emily B. Harake
        EMILY B. HARAKE
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, TN 37203
        Telephone: (615) 736-5151
        Email: Emily.Harake2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, a copy of the foregoing Notice of Appearance was filed with the clerk's office. Notice was sent, either electronically or by regular United States mail, postage prepaid, to the following:

Tracey M.A. Stockton
St. Paul's Foundation
124 Pleasant Street
Marblehead, MA 01945
ts@stpaulsfoundation.org

*Counsel for Relator*

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with a copy of the foregoing Notice.

s/ Emily B. Harake
EMILY B. HARAKE
Assistant United States Attorney